

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2014

No. 04-14-00124-CV

**WESTFREIGHT SYSTEMS INC**.,
Appellant

v.

John Michael **HEUSTON**, individually and as dependent administrator of the Estate of Juana
Garza, deceased, and Geronimo Rodriguez, individually,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-03-50966-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

The Cross Appellant's and Appellee's motion for extension of time to file brief is hereby
GRANTED. The brief is due October 2, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 18th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court